Raymond J. Dullard, appellee, v. Genevieve Dullard, appellant. Gen. No. 37,034.

Opinion filed June 20, 1934.

Hume & Kennedy, for appellant. Klenha & Greenfield, for appellee; William E. Anderle, of counsel.

Mr. Justice Hebel delivered the opinion of the court.

Ralph E. DeSuno, appellee, v. Metropolitan Life Insurance Company, appellant. Gen. No. 37,043.

Opinion filed June 20, 1934.

Hoyne, O'Connor & Rubinkam, for appellant. George F. Engelbreit, for appellee.

Mr. Justice Hebel delivered the opinion of the court.

Fannie M. Tisch, appellant, v. Franklin Trust and Savings Bank, appellee. Gen. No. 37,058.

Opinion filed June 20, 1934.

Markheim & Allie and Edward R. Tiedebohl, for appellant; Harry Markheim and A. R. Miller, of counsel. Sonnenschein, Berkson, Lautmann, Levinson & Morse, for appellee; Frank Bloom and Isaac E. Ferguson, of counsel.

Mr. Justice Hebel delivered the opinion of the court.

Bessie Schlessinger, appellee, v. Bertha Newman and Frank Newman, defendants, on appeal of Sarah Colitz, appellant. Gen. No. 37,114.

Opinion filed June 20, 1934.

Shulman, Shulman & Abrams, for appellant; Meyer Abrams, of counsel. Leo H. Lowitz, for appellee; Raymond Lowitz, of counsel.

Mr. Justice Hebel delivered the opinion of the court.